**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

24. QUAN HOANG NGUYEN,

      Defendant.

---

**MINUTE ORDER**[1]

---

On January 25, 2010, the court conducted a telephonic setting conference to reset the Sentencing hearing. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Sentencing hearing as to this defendant is set for **January 28, 2010**, at 1:30 p.m., and

2. That counsel and the defendant shall appear at the Sentencing hearing without further notice or order of the court.

Dated: January 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.